UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA J. HATCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:13-cv-00407-SMY-SCW |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| SOUTHERN ILLINOIS UNIVERSITY | ) |
| | ) |
| Defendant. | |

**STIPULATION FOR DISMISSAL**

All matters and things in controversy in the above-styled cause, having been amicably adjusted, compromised and finally settled, it is hereby agreed and stipulated by and between the parties hereto that the above-entitled cause may be dismissed, with prejudice, and with each party to bear her/its own costs.

Witness our hands this 1st day of June 2018.


By: s/ Shari Rhode (with consent)
 Shari Rhode
 1405 West Main Street
 Carbondale, IL  62901
 Tel: 618.529.4287
 Facsimile: 618.529.4343
 Email: srhode@rhodelawfirm.com


 G. Patrick Murphy
 Murphy & Murphy LLC
 3415 Office Park Drive, Suite D
 Marion, IL 62959
 Tel: 618.248.3236
 Email:  gpatrick@murphymurphyllc.com

*Attorneys for Plaintiff*

Tueth Keeney Cooper
Mohan & Jackstadt, P.C.


By: s/ Ian P. Cooper
    Ian P. Cooper, IL Bar# 06191067
    Jenna M. Lakamp, IL IL Bar# 6319315
    34 N. Meramec Avenue, Suite 600
    St. Louis, MO 63105
    (314) 880-3600
    (314) 880-3601 (facsimile)
    icooper@tuethkeeney.com
    jlakamp@tuethkeeney.com

***Attorneys for Defendant***
***Board of Trustees of***
***Southern Illinois University***